FILED & ENTERED

FEB 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Reijo Kustaa Myllyla,<br><br>Debtor. | Case No.:    2:20-bk-10357-NB<br>Adv. No.:  2:20-ap-01098-NB<br>Chapter:    11<br><br>**ORDER (1) DISMISSING ADVERSARY PROCEEDING AND (2) DIRECTING CLERK'S OFFICE TO CLOSE THIS PROCEEDING** |
| William Garcia, Roberto Melendez, Barbee Ann Arocho, Jose Chuc, Teresa DeJesus Ramos, Carlos Canales, Arturo Avila, Froilan Hernandez Lorenzo, Levi A. Anonuevo, Gilbert Martinez, Ofelia Argaez de Chuc,<br><br>Plaintiffs,<br><br>v.<br><br>Reijo Kustaa Myllyla,<br><br>Defendant. | [No Hearing Held] |

In view of this Court's "Order Authorizing Debtor to Compromise Controversy With William Garcia, Roberto Melendez, Barbee Ann Arocho, Gilbert Martinez, Ofelia

-1-

Argaez De Chuc, Jose Chuc, Teresa DeJesus Ramos, Froilan Hernandez Lorenzo, and Levi A. Anonuevo" (Main Case No. 2-20-bk-10357-NB, dkt. 84), it is hereby ORDERED:

1. This Adversary Proceeding is DISMISSED.
2. The Clerk of the Court is requested and directed to close this proceeding in accordance with the typical practice and procedures.

###

Date: February 7, 2022

Neil W. Bason
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Plaintiffs
William Garcia,
Roberto Melendez,
Barbee Ann Arocho,
Jose Chuc,
Teresa DeJesus Ramos,
Carlos Canales,
Arturo Avila,
Froilan Hernandez Lorenzo,
Levi A. Anonuevo,
Gilbert Martinez &
Ofelia Argaez de Chuc,
c/o James A. Judge
The Judge Law Firm, ALC
18650 MacArthur Blvd., Ste. 450
Irvine, CA 92612

Defendant/Debtor
Reijo Kusta Myllyla
1545 Cambria Street
Los Angeles, CA 90017

Defendant/Debtor's Counsel
Byron Z Moldo
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd 9th Flr
Beverly Hills, CA 90212

☐ Service information continued on attached page

Date:   2/7/2022     Signature:     /s/ Sharon Sumlin

Deputy Clerk [*printed name*]:   Sharon Sumlin